SMITH v. MERIDEN BRITANNIA CO. (Circuit Court of Appeals, Second Circuit. November 18, 1899.) No. 50. Appeal from the Circuit Court of the United States for the District of Connecticut. J. E. Maynadier, for appellant.

John P. Bartlett and George A. Fay, for appellee. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. Affirmed on opinion of court below. (C. C.) 92 Fed. 1003.